# FINANCIAL DISCLOSURE REPORT

Report Required by the Ethics in Government Act of 1978, Pub. L. No. 95-521, December 31, 1985 (5 U.S.C.A. App. 6, §§101-111)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | | 3. Date of Report |
|---|---|---|---|
| RENDELL, Marjorie O. | United States District Court for the Eastern District of Pennsylvania | | 11/29/93 |
| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time) Judge, United States District Court for the Eastern District of Pennsylvania | 5. Report Type (check appropriate type) X Nomination, Date 11/19/93 ___ Initial ___ Annual ___ Final | | 6. Reporting Period 1/1/92 - 11/1/93 |
| 7. Chambers or Office Address Duane, Morris & Heckscher One Liberty Place, 42nd Floor Philadelphia, PA 19103-7396 | 8. On the basis of the information contained in this Report, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer Signature _____ | | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions) | |
| PLEASE SEE ATTACHMENT | |

## II. AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ NONE (No reportable agreements) | |
| 9/1/93 | (c) On or about September 1, 1993: Oral agreement between Duane, Morris & Heckscher and Marjorie O. Rendell, whereby Duane, Morris & Heckscher |

(continued on ATTACHMENT)

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE (Honoraria only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| ☐ NONE (No reportable non-investment income) | | |
| 1/1 -12/31/92 | Duane, Morris & Heckscher Partner (gross) compensation | $ 179,662.00 |
| 1/1 -10/31/93 | Duane, Morris & Heckscher Partner (gross) compensation | $ 133,333.30 |
| | City of Philadelphia Compensation to Mayor (S) | $ |
| | (continued on ATTACHMENT) | $ |
| | | $ |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>RENDELL, Marjorie O. | Date of Report<br>11/29/93 |
|---|---|---|

## IV. REIMBURSEMENTS and GIFTS – transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp.15-16 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| ☐ NONE (No such reportable reimbursements or gifts) | |
| 1 NOT APPLICABLE | |

## V. OTHER GIFTS. 
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp.15-16 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| ☐ NONE (No such reportable gifts) | | |
| 1 NOT APPLICABLE | | $_____ |
| 2 | | $_____ |
| 3 | | $_____ |
| | | $ |

## VI. LIABILITIES. 
(Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp.16-18 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| ☐ NONE (No reportable liabilities) | | |
| Meridian Bank (J) | Line of Credit; personal | J |
| Meridian Bank (J) | Line of Credit; campaign debt | J |
| Cape Savings Bank (J) (refinanced by Home Savings Bank in May 1992) | One-half of mortgage on vacation duplex (one unit used as vacation home; one rented to others) | L |

* VALUE CODES: J = $15,000 or less   K = $15,001 to $50,000   L = $50,001 to $100,000   M = $100,001 to $250,000
N = $250,001 to $500,000   O = $500,001 to $1,000,000   P = more than $1,000,000

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | RENDELL, Marjorie O. | 11/29/93 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions. (Includes those of spouse and dependent children, see pp. 18-37 of Instructions.)

| A. (Including trust assets) Indicate where applicable... Place "(X)" after each asset exempt from disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code | (2) Type | (1) Value Code | (2) Method | (1) Type (buy, sell, merger) | (2) Date Mo., Day, Yr. | (3) Value Code | (4) Gain Code | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| Prince George Co. MD HSG | | NONE | J | T | | | | | |
| MA HFA MTFM GTD MTG CTF FNMA | | NONE | J | T | | | | | |
| MA HFA HSG Sr B Ereg 2000 10.4% TECA | | NONE | J | T | | | | | |
| American Tel & Tel | A | div. | J | T | | | | | |
| General Electric | A | div. | K | T | | | | | |
| Public Service Enterprise | A | div. | J | T | | | | | |
| KP TaxExempt Money Market | A | div. | J | T | | | | | |
| DMC T/F Income Trust PA (J) | A | div. | J | T | buy | 11/17/92 | J | | |
| Unit Trust Muni Inv Tr Fd PA ser 14 (J) | A | int | J | T | | | | | |
| Muni Inv Tr 13th PA srs (J) | A | int | J | T | | | | | |
| KP Tax Exempt Money Market (J) | A | div | J | T | | | | | |
| Huffy Corp (dc) | A | div | J | T | | | | | |
| Meridian Bancorp (dc) | A | div | J | T | | | | | |
| Toys R Us (dc) | A | div | J | T | | | | | |
| KP Govt Income Fd (dc) | A | div | J | T | | | | | |
| KP Equity Income Fd (dc) | A | div | J | T | | | | | |
| KP Cash Reserve Money Mkt (dc) | A | div | J | T | | | | | |
| CTF Acrl Tsy Sr W 11/15/98 (dc) | | NONE | J | T | | | | | |
| E I Dupont (dc) | A | div | J | T | | | | | |
| Hulfy Corp. (dc) | A | div | J | T | (see attached continuation page) | | | | |

1 Income/Gain Codes: A=$1,000 or less  B=$1,001 to $2,500  C=$2,501 to 5,000  D=$5,001 to $15,000
(See Col. B1 & D4)  E=$15,001 to $50,000  F=$50,001 to $100,000  G=$100,001 to $1,000,000  H=More than $1,000,000
2 Value Codes:  J=$15,000 or less  K=$15,001 to $50,000  L=$50,001 to $100,000  M=$100,001 to $250,000
(See Col. C1 & D3)  N=$250,001 to $500,000  O=$500,001 to $1,000,000  P=More than $1,000,000
3 Value Method Codes:  Q=Appraisal  S=Assessment  T=Cash/Market
(See Col. C2)  U=Book Value  V=Other  W=Estimated

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting: RENDELL, Marjorie O. | Date of Report: 11/29/93 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions. (includes those of spouse and dependent children, see pp. 18-27 of instructions)

| (Including trust assets) | A. Income | | B. Gross value at end of period | | C. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code | (2) Type (e.g. div, rent, int) | (1) Value Code | (2) Value Method | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code | (4) Gain Code | (5) Identity of buyer/seller |
| NONE (No reportable income, assets, or transactions) CONTINUATION PAGE | | | | | | | | | |
| Meridian Bancorp (dc) | A | div | J | T | | | | | |
| KP Cash Reserve Money Mkt (dc) | A | div | J | T | | | | | |
| 5034 Asbury Avenue Ocean City, NJ (J) | E | rent | M | W | | | | | |
| Duane, Morris & Heckscher capital account | D | int | L | U | | | | | |
| 401-K at Vanguard Fiduciary Co., Valley Forge | | NONE | K | T | | | | | |
| HR-10 Provident Capital Mgmt., Inc., Phila. | | NONE | N | T | | | | | |
| IRA - National Home Life Assurance Co. | | NONE | D | T | | | | | |
| IRA - Delaware Group (S) | | NONE | D | T | | | | | |
| 401-K at Vanguard (S) | | NONE | D | T | | | | | |
| IRA - National Home Life Assurance Co. (S) | | NONE | D | T | | | | | |
| | | | | | | | | | |
| Trusts: See ATTACHMENT | | | | | | | | | |
| | | | | | | | | | |

Income/Gain Codes: A=$1,000 or less, B=$1,001 to $2,500, C=$2,501 to $5,000, D=$5,001 to $15,000
Value Codes: J=$15,000 or less, K=$15,001 to $50,000, L=$50,001 to $100,000, M=$100,001 to $250,000
Value Method Codes: Q=Appraisal, R=Cost (Real Estate Only), S=Assessment, T=Cash/Market
U=Book Value, V=Other, W=Estimated

E=$15,001 to $50,000, F=$50,001 to $100,000, G=$100,001 to $1,000,000, H=More than $1,000,000
N=$250,001 to $500,000, O=$500,001 to $1,000,000, P=More than $1,000,000, P=$100,001 to $250,000

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | RENDELL, Marjorie O. | 11/29/93 |

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____  Date __11/29/93__

MARJORIE O. RENDELL

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:   Judicial Ethics Committee
Administrative Office of the
United States Courts
Washington, DC 20544